```
 1  TERRY A. DAKE, LTD.
    20 E. Thomas Rd.
 2  Suite 2200
    Phoenix, Arizona  85012-3133
 3  Telephone: (602) 710-1005
    tdake@cox.net
 4
    Terry A. Dake - 009656
 5
    Attorney for Trustee
 6
```

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

```
In re:                              )   In Chapter 7 Proceedings
                                    )
NATHAN WILLIAM BLOOM;               )   Case No. 2:15-BK-06363-DPC
                                    )
               Debtor.              )
_____)
                                    )
ROBERT A. MACKENZIE,                )
      TRUSTEE,                      )   Adversary No. 2:16-AP-412
                                    )
           Plaintiff,               )
                                    )
v.                                  )
                                    )
NATHAN WILLIAM BLOOM,               )
DAVID JENKINS BRIMLEY,              )
                                    )
           Defendants.              )
_____)
```

**CERTIFICATE OF SERVICE**

I, **Terry A. Dake**
of *TERRY A. DAKE, LTD.*
   20 E. Thomas Rd.
   Suite 2200
   Phoenix, Arizona  85012-3133

certify:

   I am, and all times hereinafter mentioned was, more than 18 years of age;

   On August 29, 2016, I served a copy of the Summons issued on August 29, 2016, together with the Complaint filed in this proceeding,

by mailing those papers via the United States Postal Service, to the following persons at the addresses indicated:

**David Jenkins Brimley**
**3370 N. Hayden Rd.**
**Ste. 123-704**
**Scottsdale, AZ 85251**-6632

NATHAN WILLIAM BLOOM
3387 E STRAWBERRY DR.
GILBERT, AZ 85298

JOSHUA BLAKE MAYES
MayesTelles PLLC
3770 N. 7th St.
Suite 100
Phoenix, AZ 85014

    I certify under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2016.

 /s/ TD009656
Terry A. Dake

2