15-6360
Adv 16-412
FILED
JAN 2 3 2017
UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

Page 1 of 1



Hello
Nate Bloom
to:
Byron_Forrester@azb.uscourts.gov
01/23/2017 01:40 PM
Hide Details
From: Nate Bloom <nate@natebloom.com>
To: "Byron_Forrester@azb.uscourts.gov" <byron_forrester@azb.uscourts.gov>

This is Nathan Bloom. I am emailing you to inform you that I am lost, no money, no means of transportation, etc. I am in Mexico right now and cannot get back to the United States due to money concerns. I am flat broke. That is why my attorneys have all pulled out. I cannot pay them the thousands of dollars that they need to fight this. It is ridiculous. I am out of options. I filed bankruptcy because I was broke, lost my job and had no income and massive debts, per my right. Then I have spent thousands and thousands of dollars in attorneys fees fighting this Brimley story. I cannot go on. I am broke. So, I do not know what you wish to do. Or how you can help me, but it is logical. I was wired money from a client to build a website. David Brimley and I were partners in the deal. I paid him cash after he drove me to ATMs to withdraw (pic submitted). He stated how he would buy a Mercedes, etc. if we closed them. He even helped write the contracts and handled communication with the clients. Also emails were sent to you all. So, I do not know what is net or how you all expect me to continue battling this cash trail more than I have shown. But, the facts are this, Brimley DID receive cash from me as part of this project. He did (proof provided) work on the project with me, I have countless emails from him and the clients etc. He worked on it. I doubt he would work for free.

I don't know what I can do. I am stuck and cannot get to Arizona. I have no funds and no job. So... HELP PLEASE! What do I do?

Nate